**Noris Eugene HUDSON,**
**Plaintiff–Appellant,**

v.

**Fnu EVANS, Nurse; Fnu Coffey, Nurse; Fnu Nichols, Screening Officer, Defendants–Appellees.**

No. 10–7234.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: March 2, 2011.

Noris Eugene Hudson, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noris Eugene Hudson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hudson v. FNU Evans,* No. 5:10–cv–00100–GCM, 2010 WL 3122794 (W.D.N.C. Aug. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*